IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 11-cv-00477-LTB

RUSSELL A. GUSTAFSON,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

_____

## ORDER
_____

Upon the Stipulated EAJA Motion for Award of Attorney's Fees (Doc 25 - filed May 11, 2012), it is

ORDERED that Plaintiff's counsel shall receive an EAJA award of attorney fees in the amount of $6,500.00. This payment shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. This EAJA award is without prejudice to Plaintiff's counsel's right to seek attorney fees under the Social Security Act § 206(b), 402 U.S.C. § 406(b), subject to the offset provisions in EAJA. The award shall be payable to plaintiff and delivered to Plaintiff's counsel, Brett Busch, at 903 No. Cleveland Avenue, Suite A, Loveland, CO 80537.

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE

DATED: May 14, 2012